IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TONY PHILLIPS,

      Appellant,

v.

DEPARTMENT OF BUSINESS
& PROFESSIONAL
REGULATION,
CONSTRUCTION INDUSTRY
LICENSING BOARD,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3145

Opinion filed December 7, 2017.

An appeal from a Final Order of the Department of Business and Professional
Regulation.

Rosemary Hanna Hayes of Hayes Law, PL, Orlando, for Appellant.

Pamela Jo Bondi, Attorney General, and Marlene K. Stern, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WINOKUR, JAY, and M.K. THOMAS, JJ., CONCUR.